IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br><br><br>JACOB RYAN MURIE,<br><br>                Defendant. | CR-16-66-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on October 15, 2025. (Doc. 76.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on October 14, 2025 (Doc. 71.) The United States accused Jacob Murie (Murie) of violating the conditions of his supervised release by by: (1) failing to participate in substance abuse testing on July 8, 2025; (2) consuming alcohol on September 14, 2025; and (3) using methamphetamine on September 11, 2025; (4) being charged on September 15, 2025 with Possession of Prescription or Dangerous Drugs, in violation of Chippewa-Cree Tribal Code 4-9-302; (5) being charged on September 15, 2025 with Possession of Drug Paraphernalia, in violation of Chippewa-Cree Tribal Code 4-10-201; (6) beingcharged on September 15, 2025 with Possession of Dangerous Drugs with intent to Distribute, in violation of Chippewa-Cree Tribal Code 4-9-303; and (7) being charged on September 15, 2025 with Use or Possession of Property Subject to Criminal Forfeiture, in violation of Chippewa-Cree Tribal Code 4-9-402. (Docs. 67 and 69.)

At the revocation hearing, Murie admitted that he had violated the conditions of supervised release as set forth in allegations 1-3 of the Amended Petition.  The Government moved to dismiss allegations 4-7, which Judge Johnston granted.  (Doc. 71.) The Court advised Murie of his right to appeal and to allocute before the undersigned.  (Id.)

The violations Murie admitted prove serious and warrant revocation of Murie's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 76) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Jacob Ryan Murie be sentenced for a term of custody of 2 months, 34 months of supervised release to follow. Murie shall be subject to the following additional conditions: (1) shall not associate with any individual using or involved in the sale or distribution of dangerous drugs and (2) shall not engage in any gambling or wager activities, online or in person, and shall not enter any establishment where gambling is the primary service offered.

DATED this 29th day of October 2025.

_____
Brian Morris, Chief District Judge
United States District Courts